# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-392
LT Case No. 2022-DP-120-AB

_____

P. F-S, MOTHER OF N. F-S
AND K. F-T, CHILDREN

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

Jennifer Cogdill, of Law Office of Jennifer Cogdill,
Fleming Island, for Appellant.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals, and Krystle Celine Cacci, Senior
Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

Sarah J. Rumph, of Children's Legal Services,
Tallahassee, for Appellee.


August 9, 2023


PER CURIAM.

AFFIRMED.


JAY, HARRIS and MACIVER, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––